No. 422. HENRI EUNICE MONCRAVIE VAN TINE, NOW HARRISON, ET AL. *v.* LUELLA MONCRAVIE. Appeal from the Circuit Court of Appeals for the Eighth Circuit.

Motion to dismiss or affirm submitted March 2, 1921. Decided March 7, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Hull* v. *Burr*, 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.*, 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis*, 238 U. S. 439, 444. (2) *Spencer* v. *Duplan Silk Co.*, 191 U. S. 526, 530; *Devine* v. *Los Angeles*, 202 U. S. 313, 333; *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Merriam Co.* v. *Syndicate Publishing Co.*, 237 U. S. 618. *Mr. T. J. Leahy* and *Mr. C. S. McDonald* for appellants. *Mr. Alfred M. Jackson* for appellee.